# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RENATA ROCHELLE FOREMAN,**

   *Petitioner*,

v.                                       Case No.: 4:23cv402-MW/MAL

**ACTING WARDEN, F.C.I. TALLAHASSEE,**

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 22, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 21, is **GRANTED**. The Clerk shall enter judgment stating, "The second amended petition under 28 U.S.C. § 2241, ECF No. 8, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on April 22, 2024.**

                                         *s/Mark E. Walker*
                                         **Chief United States District Judge**